NO.
12-11-00131-CR

                  

IN THE COURT OF
APPEALS 

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

FELICIA
LASHON HARTMAN,                     §                 APPEAL FROM THE 114TH

APPELLANT

 

V.                                                                         §                 JUDICIAL
DISTRICT COURT

 

THE STATE OF TEXAS,

APPELLEE                                                        §                 SMITH
COUNTY, TEXAS

                                                        
                                           

MEMORANDUM OPINION

PER CURIAM

            Appellant,
who is pro se, has filed a motion to dismiss this appeal.  No decision has been
delivered in this appeal.  Accordingly, Appellant’s motion to dismiss is
granted, and the appeal is dismissed.  See Tex. R. App. P. 42.2(a).

Opinion
delivered June 15, 2011.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)